*E-Filed 8/20/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID LANDE, <br><br> Plaintiff, <br><br> v. <br><br> LOCKHEED MARTIN CORPORATION, <br><br> Defendant. | No. 5:08-CV-5099 RMW (RS) <br><br> **ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM** |

An unrepresented party in this case has applied to participate in the court's pilot Assisted Settlement Conference Program. Based on the Court's review of the unrepresented party's Declaration in Support of Application for Assignment to the Assisted Settlement Conference Program, the record in this case, and the unrepresented party's acknowledgment of the limited representation to be provided by Settlement Counsel,

IT IS HEREBY ORDERED:

1.   That the case be assigned to the Assisted Settlement Conference Program and a settlement conference shall take place in accordance with the Alternative Dispute Resolution Local Rules of this court;

2.   That Settlement Counsel shall be appointed for the limited purpose of representing the unrepresented party in the preparation for a settlement conference in this case; and

3.   Consistent with this Court's Settlement Conference Order of July 17, 2009, the Settlement Conference is currently scheduled to take place on September 21, 2009.

Dated:       8/20/09

_____
RICHARD SEEBORG
United States Magistrate Judge

No. 5:08-CV-5099 RMW (RS)
ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT
CONFERENCE PROGRAM                                        2