*E-Filed 10/6/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DAVID LANDE, 

        Plaintiff,

v.

LOCKHEED MARTIN CORPORATION,

        Defendant.

No. C 08-05099 RMW (RS)

**ORDER APPOINTING SETTLEMENT COUNSEL**

The court having ordered that this case be assigned to the Assisted Settlement Conference Program, and an unrepresented party having requested and being in need of counsel to assist him or her in the settlement conference, and a volunteer attorney willing to be appointed for the limited purpose of representing the unrepresented party in the settlement conference having been located by the court,

IT IS HEREBY ORDERED THAT:

JORDAN JONES and DAVID TSAI are appointed Settlement Counsel. This appointment shall be pursuant to the terms of the Declaration in Support of Application for Assignment to the Assisted Settlement Conference Program.  This appointment and limited representation shall end

1 upon the completion of the settlement conference and any follow-up activities ordered by the
2 settlement judge.
3     Settlement Counsel shall notify the court promptly upon the completion of the settlement
4 conference and any follow-up activities. The court shall then issue an order relieving the Settlement
5 Counsel from his or her limited representation of the unrepresented party.
6     The Settlement Conference is currently set to take place before the undersigned on
7 **November 19, 2009, at 9:30 a.m.** Should the parties wish to adjust this date, they should contact
8 Judge Seeborg's chambers at 408/535-5357 as soon as possible.

10     IT IS SO ORDERED.

12 Dated: 10/6/09

13     RICHARD SEEBORG
    UNITED STATES MAGISTRATE JUDGE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED\* TO:**

Michelle B. Heverly          mheverly@littler.com

Todd Kenneth Boyer          tboyer@littler.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

David Lande
707 Continental Cir
Apt. 937
Mountain View, CA 94040

Jordan Jones
Townsend and Townsend and Crew LLP
379 Lytton Ave.
Palo Alto, CA  94301-1431

David Tsai
Townsend and Townsend and Crew LLP
Two Embarcadero Center
Eighth Floor
San Francisco, CA  94111

DATED:   10/6/09

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.