MICHELLE B. HEVERLY, Bar No. 178660
E-Mail: mheverly@littler.com
TODD K. BOYER, Bar No. 203132
E-Mail: tboyer@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 15th Floor
San Jose, CA  95113.2303
Telephone:   408.998.4150
Facsimile:    408.288.5686

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

*E-FILED - 10/26/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DAVID LANDE,

          Plaintiff,

   v.

LOCKHEED MARTIN CORPORATION,

          Defendant.

Case No. C 08-05099-RMW

**STIPULATION TO CONTINUE CASE SCHEDULING DATES AND** XXXXXXXX **ORDER**

FIRMWIDE:90721543.1 051770.1010    1.    Case No. 08-05099-RMW
STIPULATION TO CONTINUE CASE SCHEDULING DATES AND XXXXXX ORDER

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

On June 26, 2009, the parties appeared before this Court with an agreed upon case management schedule, which was approved by the Court. The parties agreed to a shorter discovery period as the parties wished to resolve this case early without incurring excessive litigation costs by participating in a Settlement Conference before Magistrate Judge Seeborg. To that end, the parties had scheduled the Settlement Conference for September 21 before Judge Seeborg. In mid-September, Judge Seeborg's clerk contacted the parties to inform them that Judge Seeborg was unavailable due to attendance at a confirmation hearing in Washington, D.C. Judge Seeborg's clerk provided the parties with the earliest possible Settlement Conference dates, which were the week of November 16, 2009. The parties agreed to a continued Settlement Conference of November 19, 2009.

Because the parties wish to avoid engaging in excessive discovery prior to the Settlement Conference in an attempt to keep litigation costs down, the parties stipulate and hereby respectfully request the Court adopt the amended Case Scheduling Order as set forth below. The proposed Amended Case Management Order continues the case scheduling dates in this case approximately 60 days, which will compensate for the approximately 60 day delay in the Settlement Conference. The parties stipulate to the following case schedule:

| Date | Event |
|---|---|
| 1/20/2010 - | All non-expert discovery shall cut-off. |
| 1/30/2010 - | Disclosure and production of initial reports from retained experts for the parties under Fed. R. Civ. P. 26(a)(2) are to be served. |
| 2/10/2010 - | Supplementary expert disclosure and reports to be served. |
| 2/18/2010 - | Expert discovery shall cut-off. |
| 3/26/2010 – | Last day to hear dispositive motions. |
| 6/28/2010 - | Trial to begin. |
| 6/17/2010 - | Pretrial Conference |

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113 2303
408 998 4150

FIRMWIDE:90721543.1 051770.1010           2.                    Case No. 08-05099-RMW
STIPULATION TO CONTINUE CASE SCHEDULING DATES AND XXXXXX ORDER

1
2          IT IS SO STIPULATED.
3
   Dated:   October 1, 2009
4
5
                                        _____
6                                       DAVID LANDE
                                        PLAINTIFF IN PRO PER
7
   Dated:   September 30, 2009
8
9
                                        _____/s/ *Todd K. Boyer*_____
                                        TODD K. BOYER
10                                      LITTLER MENDELSON
                                        A Professional Corporation
11                                      Attorneys for Defendant
                                        LOCKHEED MARTIN CORPORATION
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

FIRMWIDE:90721543.1 051770.1010          3.          Case No. 08-05099-RMW
STIPULATION TO CONTINUE CASE SCHEDULING DATES AND XXXXXX ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID LANDE,<br><br>     Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>     Defendant. | Case No. C 08-05099-RMW<br><br>**AMENDED CASE MANAGEMENT ORDER** |

Good cause appearing, per the parties' stipulation the Court amends the prior case schedule with the following case schedule:

| | |
|---|---|
| 1/20/2010 - | All non-expert discovery shall cut-off. |
| 1/30/2010 - | Disclosure and production of initial reports from retained experts for the parties under Fed. R. Civ. P. 26(a)(2) are to be served. |
| 2/10/2010 - | Supplementary expert disclosure and reports to be served. |
| 2/18/2010 - | Expert discovery shall cut-off. |
| 3/26/2010 – | Last day to hear dispositive motions. |
| 6/28/2010 - | Trial to begin. |
| 6/17/2010 - | Pretrial Conference |

IT IS SO ORDERED.

Dated: __10/26/09_____                    /s/ Ronald M. Whyte

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

FIRMWIDE:90721543.1 051770.1010         4.                    Case No. 08-05099-RMW
STIPULATION TO CONTINUE CASE SCHEDULING DATES AND XXXXXX ORDER