**\*E-Filed 11/16/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DAVID LANDE,

   Plaintiff,

 v.

LOCKHEED MARTIN CORPORATION,

   Defendant.
_____/

**No. C 08-05099 RMW (RS)**

**ORDER TERMINATING SETTLEMENT COUNSEL PARTICIPATION IN THE ASSISTED SETTLEMENT CONFERENCE PROGRAM**

  The above-entitled action was placed in the Assisted Settlement Conference Program. Upon the application by an unrepresented party, Settlement Counsel was designated to educate and assist the unrepresented party in preparation for, participation in, and follow up to a settlement conference in this case.

  The settlement conference has concluded and that no further session or follow up is contemplated. Accordingly, the court now removes this case from the Assisted Settlement Conference Program. This terminates any further responsibilities of Settlement Counsel in this case.

  The court extends its thanks to Settlement Counsel for counsel's efforts in the Assisted Settlement Conference Program, furthering the administration of justice in the Northern District of California.

IT IS SO ORDERED.

Dated: 11/16/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

| | |
|---|---|
| David Jeanchung Tsai | djtsai@townsend.com, dgsunnen@townsend.com |
| Jordan Trent Jones | jtjones@townsend.com, krrenteria@townsend.com |
| Michelle B. Heverly | mheverly@littler.com, lcunningham@littler.com, sbarnes@littler.com |
| Todd Kenneth Boyer | tboyer@littler.com, pbridges@littler.com |

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

David Lande
707 Continental Cir
Apt. 937
Mountain View, CA 94040

DATED:   11/16/09

                                          /s/ Chambers Staff
                                          Chambers of Magistrate Judge Richard Seeborg