1  MICHELLE B. HEVERLY, Bar No. 178660
   E-Mail: mheverly@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-Mail: tboyer@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 15th Floor
   San Jose, CA 95113.2303
5  Telephone:  408.998.4150
   Facsimile:  408.288.5686
6
   Attorneys for Defendant
7  LOCKHEED MARTIN CORPORATION

8  DAVID LANDE
   707 Continental Cir # 937                    ***E-FILED - 12/23/09***
9  Mountain View, CA 94040
   Tel: (650) 237-9039
10 E-Mail: dave_lande@yahoo.com

11 Plaintiff IN PRO PER

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16 DAVID LANDE,                    | Case No. C 08-05099-RMW
17         Plaintiff,              | STIPULATION AND [XXXXXXX]
                                   | ORDER FOR DISMISSAL WITH
18    v.                           | PREJUDICE PURSUANT TO
                                   | SETTLEMENT AGREEMENT
19 LOCKHEED MARTIN CORPORATION,    |
20         Defendant.              |

21

22      Defendant Lockheed Martin Corporation ("Lockheed Martin") and Plaintiff David

23 Lande hereby stipulate to dismiss the present case with prejudice.

24      WHEREAS, the parties participated in a Settlement Conference with Hon. Richard

25 Seeborg on November 16, 2009, and entered a Settlement Agreement at that time; and

26      WHEREAS, the Settlement Agreement provides among other things that Lande will

27 dismiss the case with prejudice, and that Lockheed Martin will stipulate to the dismissal;

28

                                         1.                    Case No. 08-05099-RMW
   STIPULATION AND [XXXXXX] ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties hereto that this action shall be dismissed in its entirety, with prejudice.

Dated:   November 18, 2009

_____
DAVID LANDE
PLAINTIFF IN PRO PER

Dated:   November 18, 2009

_____/s/ *Todd K. Boyer*_____
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that this case be dismissed in its entirety, with prejudice.

Dated: 12/23/09

_____
Hon. Ronald M. Whyte
United States District Judge

2.  Case No. 08-05099-RMW
STIPULATION AND XXXXXXX ORDER FOR DISMISSAL WITH PREJUDICE